UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                Case No. 14-CR-20764

vs.

                                HON. GEORGE CARAM STEEH

CONSTANCE TAYLOR

        Defendant.
_____/

ORDER TRANSFERRING DEFENDANT'S EMERGENCY MOTION FOR
APPOINTMENT OF COUNSEL TO EASTERN DISTRICT OF PENNSYLVANIA

      This matter is before the court on defendant's emergency motion for appointment of counsel, filed September 29, 2015. The criminal case originated in the Eastern District of Pennsylvania, where defendant was found guilty on three counts of the superseding indictment following a jury trial on October 20, 2008. Case No. 06CR00658-003 (Judge Anita Brody). On December 3, 2014, the Eastern District of Pennsylvania requested that jurisdiction be transferred to this court since defendant is incarcerated in this jurisdiction, and this court accepted transfer of jurisdiction on that date. Prior to transferring jurisdiction, defendant filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. That motion is scheduled for hearing before the Pennsylvania court on October 13, 2015 at 11:00 a.m. As the emergency motion for appointment of counsel concerns the pending § 2255 motion, this court believes that it is in the best interest of efficiency to transfer the motion for appointment of counsel to the court which is hearing the related matter. Now, therefore,

IT IS HEREBY ORDERED that the clerk shall transfer defendant's emergency motion for appointment of counsel to the Eastern District of Pennsylvania, Judge Anita Brody, for determination.

After conferring with Judge Brody, this court has agreed to furnish defendant with space and technical assistance to enable defendant to participate in the scheduled hearing remotely.  In the event she wishes to do so, defendant shall appear at the Theodore Levin United States Courthouse, 231 West Lafayette Blvd., Detroit, MI 48226, Judge George Caram Steeh's Chambers, room 238, at 10:30 a.m. on October 13, 2015. This arrangement will permit defendant to attend the hearing taking place in Judge Brody's courtroom by way of video conference.

It is so ordered.

Dated:  September 30, 2015

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Constance Taylor,
2936 Airport Road, Waterford, MI 48329 on
September 30, 2015, by ordinary mail.

S/Marcia Beauchemin
Deputy Clerk

---